UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHARLES QUINN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:15CV589 RLW |
| DEAN LILLY, et al., | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on its review of the record. On April 8, 2015, this case was removed from state court. On that same date, the Clerk of this Court sent counsel for plaintiff, Roger F. Wilson, a letter directing him to complete the Application for Admission to Practice Law and return it to the Clerk's office if he intended to appear as an attorney of record in this district. *See* E.D. Mo. Local Rule 12.01(A) ("Only attorneys enrolled pursuant to the rules of this Court or duly admitted pro hac vice may file pleadings, appear or practice in this Court . . . ."). To date, the Court has not received anything from Mr. Wilson and no one else has appeared on Plaintiff's behalf.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's counsel shall apply for admittance to this district or other counsel shall enter their appearance on behalf of Plaintiff no later than **May 15, 2015**. Future violations of this rule may result in the imposition of monetary or other sanctions, including but not limited to the striking of plaintiff's pleadings or the imposition of civil contempt proceedings.

Dated this 1st day of May, 2015.

                                          */s/ Ronnie L. White*
                                          RONNIE L. WHITE
                                          UNITED STATES DISTRICT JUDGE